PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:23-po-00300-KJN |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| ALAUNDA E. GATES, | ) ) ) | DATE:   December 12, 2023<br>TIME:     9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss is GRANTED.  The Citation issued in case number 2:23-po-00300-KJN, and the case itself, are hereby dismissed without prejudice.

It is further ordered that the initial appearance scheduled on December 12, 2023, is vacated.

IT IS SO ORDERED.


Dated: December 5, 2023              /s/ Kendall Newman
                                     _____
                                     HON. KENDALL J. NEWMAN
                                     United States Magistrate Judge